UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NOEMI RAMOS and JUAN BONET, her husband,**<br><br>      Plaintiff,<br><br> v.<br><br>**WALMART INC., A.B.C. COMPANIES (1-100) (fictitious entities), JOHN DOES (1-100) (fictitious names),**<br><br>      Defendants. | Civil Action No.: 2:21-cv-17068-CCC-AME<br><br>**MOTION FOR SUMMARY JUDGMENT** |

 **PLEASE TAKE NOTICE** that Defendant Walmart Inc. ("Walmart") will apply to the above-named Court at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, on **December 18, 2023**, or as soon thereafter as counsel may be heard, for an Order granting Summary Judgment against Plaintiffs and dismissing Plaintiffs' Complaint. Walmart will rely upon the Memorandum of Law submitted herewith and the submitted Statement of Material Facts. Additionally, a proposed form of Order is submitted.

### ORAL ARGUMENT

 Walmart requests oral argument if this matter is contested.

## CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                    Respectfully submitted,

By:

                                    **LANDMAN CORSI BALLAINE & FORD P.C.**

                                    /s/ Lauren E. McGovern
                                    Lauren E. McGovern, Esq.
                                    One Gateway Center, 22nd Floor
                                    Newark, NJ 07102
                                    Phone (973) 623-2700
                                    lmcgovern@lcbf.com
                                    Attorney for Defendant Walmart Inc.

Dated:   November 22, 2023